# United States District Court
## EASTERN DISTRICT OF WISCONSIN



FILED
APR 2 2 2008
Apr 22, 2008
MICHAEL W. DOBBINS
CLERK: U.S. DISTRICT COURT

### TRANSCRIPT OF JUDGMENT DOCKET

| | |
|---|---|
| *Name of Judgment Debtor:* | Champion Environmental Services, Inc. |
| *Address of Judgment Debtor:* | Unknown |
| *Names of Judgment Creditors:* | Operating Engineers Local 139 Health Benefit Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Wisconsin Operating Engineers Skill Improvement and Apprenticeship Fund, Joint Labor Management Work Preservation Fund, Terrance E. McGowan, and International Union of Operating Engineers, Local 139, AFL-CIO |
| *Address of Judgment Creditor:* | Unknown |
| *Amount of damages with costs:* | $132,058.98 |
| *Date of entry of Judgment:* | March 10, 2008 |
| *Attorney for Judgment Creditor:* | Laura M. Finnegan |

08CV2278
JUDGE LINDBERG
MAGISTRATE JUDGE ASHMAN

UNITED STATES DISTRICT COURT   )
                               ) SS.
EASTERN DISTRICT OF WISCONSIN  )

*I, the undersigned Clerk of said court, do hereby certify that I have compared the foregoing with the original docket, now of record in my office, and that it is a correct transcript therefrom and of the whole thereof in a certain action entitled:*

Operating Engineers Local 139 Health Benefit Fund, et al.,
    Plaintiff(s),
v.                                                          Case No. 08-C-0052

Champion Environmental Services, Inc.,
    Defendant(s).

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of said Court at Milwaukee, Wisconsin, this 18th day of April, 2008.*

                                                  JON W. SANFILIPPO
                                                Clerk of Court

BY: _Valerie Hass_
       Deputy Clerk