

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
# ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorn standing of this Court's general bar or be granted lea by Local Rules 83.12 through 83.14.

08CV2278
JUDGE LINDBERG
MAGISTRATE JUDGE ASHMAN

In the Matter of

OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, et al.

v.

CHAMPION ENVIRONMENTAL SERVICES, INC., a Wisconsin corporation

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, et al., Plaintiffs herein

FILED
Apr 22, 2008
APR 2 2 2008
NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Laura M. Finnegan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>Laura M. Finnegan | |
| FIRM<br>Baum Sigman Auerbach & Neuman, Ltd. | |
| STREET ADDRESS<br>200 W. Adams Street, Suite 2200 | |
| CITY/STATE/ZIP<br>Chicago, IL 60606-5231 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6210637 | TELEPHONE NUMBER<br>312/236-4316 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☑ NO ☐

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐