## United States District Court for the Northern District of Illinois

Case Number: 08CV2278   Assigned/Issued By: J. N.

Judge Name:   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
 ☐ IFP   ☐ No Fee   ☐ Other _____
 ☐ $455.00

Number of Service Copies _____   Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons   ☐ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☑ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets   (Victim, Against and $ Amount)
☐ Writ _____
 (Type of Writ)

 1  Original and  1  copies on  4-22-08  as to ROYAL AMERICAN BANK
  (Date)