UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CHAMPION ENVIRONMENTAL SERVICES, INC., a Wisconsin corporation, <br><br> Defendant, <br><br> and <br> ROYAL AMERICAN BANK, <br> 625 N. North Court <br> Palatine, IL 60067 <br><br> Garnishee Defendant. | CIVIL ACTION <br><br> NO. 08 C 2278 <br><br> JUDGE GEORGE W. LINDBERG <br><br> RETURN DATE: May 22, 2008 |

**FILED** APR 22 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Laura M. Finnegan on oath states:

1. Judgment was entered in this case on March 7, 2008 in favor of the judgment creditor Operating Engineers Local 139 and against the judgment debtor Champion Environmental Services for $132,058.98 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 132,058.98 principal
   - $ 0.00 costs
   - $ 0.00 interest
   - $ 132,058.98 TOTAL

4. I believe garnishee ROYAL AMERICAN BANK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 38 West End Drive, Gilberts, IL 60136

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON April 22, 20 08.

_/s/ Laura M. Finnegan_

NAME: Laura M. Finnegan
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: (312) 236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, et al., | ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION |
| CHAMPION ENVIRONMENTAL SERVICES, INC., a Wisconsin corporation, | ) ) ) | NO. 08 C 2278 |
| Defendant, | ) ) ) | JUDGE GEORGE W. LINDBERG |
| and ROYAL AMERICAN BANK, 625 N. North Court Palatine, IL 60067 | ) ) ) ) ) | |
| Garnishee Defendant. | ) ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
    　　　　　　(Yes or No)

2. If your answer is yes, describe the property:

    _____

    _____

    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
    　　　　　　(Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $_____

    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.