IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 139 ) <br> HEALTH BENEFIT FUND, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> CHAMPION ENVIRONMENTAL ) <br> SERVICES, INC., a Wisconsin corp., ) <br> ) <br> and ) <br> ) <br> ROYAL AMERICAN BANK, ) <br> ) <br> Garnishee Defendant. ) | CIVIL ACTION <br><br> NO. 08 C 2278 <br><br> JUDGE GEORGE W. LINDBERG |

**NOTICE OF DISMISSAL**
**OF NON-WAGE GARNISHMENT**

TO:   Royal American Bank, n/k/a First Midwest Bank   Champion Environmental Services, Inc.
      1606 N. Harlem                                    38 West End Drive
      Elmwood Park, IL  60707                           Gilberts, IL  60136

NOW COME Plaintiffs, by and through their attorneys, and in accordance with the Federal Rules of Civil Procedure, hereby dismiss the non-wage garnishment proceedings against Garnishee-Defendant, ROYAL AMERICAN BANK, n/k/a FIRST MIDWEST BANK, without prejudice to the rights of Plaintiffs.

                                           /s/   Laura M. Finnegan
Laura M. Finnegan
Attorney for the Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\139J\Champion\notice of dismissal of nwg.lmf.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Dismissal of Non-Wage Garnishment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 5th day of May 2008:

>Royal American Bank, n/k/a First Midwest Bank
>1606 N. Harlem
>Elmwood Park, IL   60707
>
>Champion Environmental Services, Inc.
>38 West End Drive
>Gilberts, IL   60136

/s/   Laura M. Finnegan

Laura M. Finnegan
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.:  6210637
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\139J\Champion\notice of dismissal of nwg.lmf.df.wpd