UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OPERATING ENGINEERS LOCAL 139 HEALTH BENEFIT FUND, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> CHAMPION ENVIRONMENTAL SERVICES, INC., a Wisconsin corporation, <br><br>  Defendant, <br><br> and <br><br> ROYAL AMERICAN BANK, 625 N. North Court Palatine, IL 60067 <br><br>  Garnishee Defendant. | RECEIVED APR 22 2008 MICHAEL... CLERK, U.S.... COURT <br><br> CIVIL ACTION <br> NO. 08 C 2278 <br><br> JUDGE GEORGE W. LINDBERG <br><br> RETURN DATE: May 22, 2008 |

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Laura M. Finnegan on oath states:

1. Judgment was entered in this case on March 7, 2008 in favor of the judgment creditor Operating Engineers Local 139 and against the judgment debtor Champion Environmental Services for $132,058.98 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   $ 132,058.98 principal
   $ 0.00 costs
   $ 0.00 interest
   $ 132,058.98 TOTAL

4. I believe garnishee ROYAL AMERICAN BANK is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 38 West End Drive, Gilberts, IL 60136

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON April 22, 20 08.

*/s/ Laura M. Finnegan*

NAME: Laura M. Finnegan
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: (312) 236-4316

**INTERROGATORIES TO GARNISHEE/RESPONDENT**

FILED

Case No. 08-C-2278

MAY 0 8 2008
May 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Interrogatory - At the time of service of the garnishment summons, did you have in your custody or control any personal property or monies belonging to the judgment debtor? ☐ yes ☐ no

**ANSWER**

I, Gladys Blancas, _Agent of Garnishee_, certify under penalty of perjury that with regard to the property of the judgment debtor, the Garnishee/Respondent files the following answer to this Garnishment and on day of service of Garnishment Summons had possession of the following property of the judgment debtor:

Circle one or more of the following and indicate the amount held:

A) Savings Account (Amount withheld) $ NONE
B) Checking and /or Now Account (Amount withheld) $ 1336.67 (1186.67)
C) Certificate of Deposit (Amount held) $ NONE
D) Money Market Account (Amount held) $ NONE
E) Trust Account (Amount held) $ NONE
F) Safety Deposit Box $ NONE
G) Adverse Claimant: Name _____ Address _____
H) Other Personal Property (Describe) _____

Less right of offset for other loans _____　　Sub Total 1336.67
Less deduction for fees limited by 205 ILCS 5/48.1 (g)　150.00
　　　　　　　　　　　　　　　　　　　　　　　　Total 1186.67

According to the business records kept by the Garnishee/Respondent, we show the above accounts to be held in the name(s) of others in addition to the defendant. Their name(s) and address(es) are as follows:

Name(s) _____　　　　Garnishee/Agent
Address _____　　　　Name Midwest Bank + Trust
City/State/Zip _____　　Address 1606 N. Harlem
　　　　　　　　　　　　　City/State/Zip Elmwood Park IL 60707
　　　　　　　　　　　　　Telephone/Fax 708-452-4700 / 708-456-4929

and we show all funds held as of April 30, 2008.
(as of date of service of Garn. Summons)

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

A copy of the answer to these interrogatories must be filed with the Clerk of the Circuit Court, Room _____

located at _____ (Street) _____ (City) _____ (Zip)

(In addition, a copy must be sent to the Judgment creditor's representative, whose name appears on the reverse side.)

_Gladys Blancas_
Agent for Garnishee/Respondent